**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEROME ARRINGTON** | : | **CIVIL ACTION NO. 1:05-CV-0245** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **D. INCH, LT., et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 3rd day of October 2005, upon consideration of defendants'
motion to dismiss or, in the alternative, for summary judgment (Doc. 17), filed on
July 18, 2005, and it appearing that plaintiff has not filed a brief in response to the
motion (Doc. 17) as of the date of this order, see L.R. 7.6 ("Any party opposing any
motion shall file a responsive brief. . . . [or] shall be deemed not to oppose such
motion."), it is hereby ORDERED that plaintiff shall file a brief in opposition to the
motion (Doc. 17) on or before October 17, 2005.  Failure to comply with this order
may result in the granting of the motions or dismissal of this case for failure to
prosecute.  See L.R. 7.6;  Fed. R. Civ. P. 41(b).


  S/ Christopher C. Conner    
CHRISTOPHER C. CONNER
United States District Judge